IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER HAMES, SR.,** | § | |
| **#19060141,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Case No. **3:20-CV-1665-L-BK** |
| | § | |
| **LORIE DAVIS-DIRECTOR TDCJ-CID,** | § | |
| | § | |
| Respondent. | § | |

## ORDER

On July 20, 2020, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 7) was entered, recommending that the court dismiss without prejudice this habeas action brought pursuant to 28 U.S.C. § 2241 for lack of subject matter jurisdiction. No objections to the Report were filed as of the date of this order.

Having reviewed the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action for lack of subject matter jurisdiction.

The court prospectively **certifies** that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). In support of this certification, the court **accepts and incorporates** by reference the Report. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997). The court **concludes** that any appeal of this action would present no legal point of arguable merit and would therefore be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). In the event of an appeal, Plaintiff may challenge this certification by filing a separate motion to proceed *in forma*

**Order – Page 1**

*pauperis* on appeal with the clerk of the United States Court of Appeals for the Fifth Circuit. *See Baugh*,

117 F.3d at 202; Fed. R. App. P. 24(a)(5).

      **It is so ordered** this 28th day of August, 2020.


Sam A. Lindsay
United States District Judge

**Order – Page 2**